### GINZ *v.* THE STATE.

From the Marion Criminal Circuit Court.

*B. K. Elliott, McDonald & Butler*, and *Baker, Hendricks & Hord*, for appellant.

*J. C. Denny*, Attorney General, for the State.

WORDEN, J.—This was a prosecution against the appellant for selling intoxicating liquors in violation of the act of 1873. Conviction.

No question is involved in the case beyond such as were decided in the cases of *Groesch* v. *The State*, 42 Ind. 547, and *Lehritter* v. *The State*, 42 Ind. 383. For the reasons given in those cases, the judgment must be affirmed.

The judgment below is affirmed, with costs.